| IN THE DISTRICT COURT OF THE VIRGIN ISLANDS DIVISION OF ST. CROIX APPELLATE DIVISION | |
|---|---|

JAMES CARLOCK,　　　　　　　　　　　) D.C. CRIM. APP. NO. 2006/011
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　) Re: Sup.Ct.Crim. 426/2005
　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
PEOPLE OF THE VIRGIN ISLANDS,　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

On Appeal from the Superior Court of the Virgin Islands

Considered: July 10, 2009
Filed: November 10, 2010

BEFORE:　　CURTIS V. GÓMEZ, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Judge of the District Court of the Virgin Islands; and **AUDREY L. THOMAS** Judge of the Superior Court of the Virgin Islands, sitting by designation.

**ATTORNEYS:**

Eric Chancellor, Esq.
St. Croix, U.S.V.I.
　　　　Attorney for Appellant,

**Maureen Phelan, Esq., AAG**
St. Thomas, U.S.V.I.
　　　　Attorney for Appellee.

Per Curiam.

| **\*JUDGMENT\*** | |

AND NOW, for the reasons more fully cited in a Memorandum Opinion of even date, it is hereby

ORDERED that the Appellant's conviction is **AFFIRMED**.

SO ORDERED this _10_ day of November, 2010.

**ATTEST:**

**WILFREDO F. MORALES**
Clerk of the Court

By: _____
Deputy Clerk

Copies (with accompanying memorandum opinion) to:

Hon. Judges of the Appellate Panel
Eric Chancellor, Esq.
Maureen Phelan, Esq., AAG
Nydia Hess
Semaj Johnson, Esq.